[No. 41552-2-I.    Division One.    November 23, 1998.]

KAMAYA CO., LTD., ET AL., *Respondents*, V. AMERICAN PROPERTY CONSULTANTS, LTD., ET AL., *Defendants*, WILLIAM R. SPURR, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-17114-0, Jim Bates, J., entered October 13, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.

[No. 41603-1-I.    Division One.    November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, V. MIGUEL ANGEL SAHAGUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05762-7, Faith Ireland, J., entered November 10, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 41645-6-I.    Division One.    November 23, 1998.]

VEDA GUYNES, ET AL., *Respondents*, V. ALDEMAR SOBRINO FAST, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-00672-4, Joseph A. Thibodeau, J., entered October 21, 1997. *Reversed* by unpublished per curiam opinion.

[No. 42976-1-I.    Division One.    November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, V. C.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03253-9, John M. Darrah, J., entered June 26, 1998. *Reversed* by unpublished per curiam opinion.